# United States Court of Appeals
## For the First Circuit

No. 22-1100

UNITED STATES OF AMERICA,

Appellee,

v.

LAVENEUR JACKSON,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court, issued on January 23, 2023, is amended as follows:

On page 16, line 23, to page 17, line 2, delete the following text: ", absent Forte's testimony, the record would not suffice to permit a rational juror to find that the guns at issue traveled in interstate commerce.  So,"